IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. LENZ | * | |
| Plaintiff | * | |
| v. | * | Case No. 4:02CV00450 GH/BD |
| MARTY MONTGOMERY, *et al*, | * | |
| Defendants | * | |

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Plaintiff's Motion for Partial Summary Judgment (docket entry #118) is DENIED.

IT IS SO ORDERED, this 29th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE