## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHAEL DAVID LENZ**                                                    **PLAINTIFF**

**VS.**                                  **NO. 4:02CV00450 BD**

**DIANNA ELLIOT, et al.**                                              **DEFENDANTS**

### ORDER

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the Complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 25th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE